IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 03-242 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 3702 WEST ) | |
| CLARENDON AVENUE, PHOENIX ) | |
| ARIZONA 85019, including ) | |
| all improvements, fixtures, and ) | |
| appurtenances thereto or therein; ) | |
| ) | |
| ITEMS OF DRUG PARAPHERNALIA; and ) | |
| ) | |
| ALL MONIES CONTAINED IN ACCOUNT ) | |
| NUMBER 25705269 AT BANK ONE, ) | |
| N.A., PHOENIX, ARIZONA, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, in Pittsburgh, Pennsylvania, this 23rd day of Jan_____, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that the foregoing Stipulation is hereby approved, the specific terms of which are incorporated by reference herein as if fully set forth. It is further Ordered that this case is stayed until further order of court and that the court shall mark this case administratively closed.

_____ J.