IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Action No. 03-242 |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 3702 WEST ) | |
| CLARENDON AVENUE, PHOENIX ) | |
| ARIZONA 85019, including all ) | |
| improvements, fixtures, and appurtenances ) | |
| thereto or therein, ) | |
| ) | |
| ITEMS OF DRUG PARAPHERNALIA; ) | |
| and ) | |
| ) | |
| ALL MONIES CONTAINED IN ) | |
| ACCOUNT NUMBER 25705269 AT ) | |
| BANK ONE, N.A. PHOENIX, ARIZONA, ) | |
| ) | |
| Defendants. | |

**ORDER**

AND NOW, this 4th day of Sept, 2012, upon consideration of the United States' Motion to Dismiss Case, it is hereby ORDERED, ADJUDGED, AND DECREED, that the above-captioned is dismissed without prejudice.

The clerk shall mark the case as closed

_____
J.